IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re | § § | |
| PREMIER PCS OF TX, LLC, | § § | Case No. 17-32021-HCM-11 |
| Debtor. | § | |

## DEBTOR-IN-POSSESSION'S EMERGENCY MOTION TO SELL EIGHT STORES AND ASSIGN RELATED LEASES

TO THE HONORABLE H. CHRISTOPHER MOTT, UNITED STATES BANKRUPTCY JUDGE:

Now comes PREMIER PCS OF TX, LLC, the Debtor-in-Possession in these proceedings, and through its counsel undersigned files this Emergency Motion to Sell Eight Stores and Assign Related Leases, and would show:

1.

Petition date in these Chapter 11 proceedings is December 6, 2017. The Debtor-in-Possession PREMIER PCS OF TX, LLC (hereinafter "PREMIER PCS") continues in possession of this estate.

2.

PREMIER PCS is a dealer for METRO PCS telephone subscriptions. PREMIER PCS has 43 store locations in Texas, New Mexico, and Colorado.

3.

PREMIER PCS has an all-cash offer from UNG TAK HAN or a corporate designee acceptable to METRO PCS, to buy eight of the stores and to assume the lease of each store. The Buyer shall accept each lease according to the same terms PREMIER PCS had, regarding base rent, and as applicable to each location, any "net" features of the lease, and CAM (common area maintenance) charges, and other applicable contractual provisions, for the full remaining present term of each lease. The Buyer is to accede at closing to PREMIER PCS's security deposits and to all options to renew and extend, and other rights and privileges, enjoyed in each lease by the

Debtor. The landlord and/or leasing agent shall not be entitled to use any bankruptcy clause in the lease (if any), to limit or restrict the Buyer's enjoyment of the lease. The final outcome of this Title 11 case, whether by a confirmed Plan of Reorganization or otherwise, shall have no effect upon the terms of any lease assumed hereunder by the Buyer. This sale and assignment shall not operate as a Release of PREMIER PCS upon the assigned lease for the remainder of its present term or as a Release of its sole member RICHARD AHN from liability for any personal guarantee that has been given, if applicable, for the remaining present term of the lease. Any subsequent renewals and extensions, however, shall not be liabilities of either PREMIER PCS or RICHARD AHN. A list of the eight locations is hereto appended as Exhibit "A." The all-cash offer is hereto appended as Exhibit "B."

4.

The pertinent landlords and/or property managers for each location are shown on Exhibit "A," and they are being served with complete copies of this Motion so that they can participate in the hearing on this Motion.

5.

This sale already has, upon information and belief, the pre-approval of METRO PCS, as the Buyer UNG TAK HAN has over 15 years' experience as a METRO PCS dealer. METRO PCS is being served with this Motion.

6.

It shall be up to the Buyer to arrange for new utility hookups to the store locations. All utilities are to be pro-rated to the date of closing, and PREMIER PCS is to pay its share of the utilities in the regular course of business.

7.

In the event (and only in the event) of a landlord or leasing manager's unwillingness to permit the assignment of a given lease, the sale price shall be reduced by one-eighth for each location. Otherwise the obligation to purchase the eight stores and/or as many stores as the

landlords or leasing agents will permit, is absolute. The Debtor can refuse to close if Buyer does not accept all of the landlord-accepting stores.

8.

Time is of the essence for the Buyer, because the month of February is historically the best month of the year for METRO PCS dealers, as customer tax refunds are available then for purchasing of subscriptions. Buyer wishes to close the purchase as soon as possible in order to get the most out of the tax refund season sales.

9.

This sale is in the best interests of this estate and its creditors. The sale has been negotiated at arm's length. The Buyer is not an insider in relation to the Debtor. The Debtor's historical out-of-pocket cost to set up and furnish each store is approximately $50,000.00. The balance of the purchase price is for each store's good will and organization. The Debtor has substantial administrative expenses to have to pay for this case—approximately $50,000.00 for attorney fees and 1% of its 1st quarter 2018 disbursements (estimated to be $4 million) for United States Trustee's fees. The Debtor has substantial current taxes to pay. The Debtor will be able to pay some of the proceeds to secured creditors. The sale will relieve the debtor of operating expenses for the eight locations. The eight locations are all remote from the Debtor's headquarters in El Paso, and they have not been as easy or efficient to administer as the closer locations.

10.

Included with each lease and store being purchased are all furniture, fixtures, and equipment in each store. The inventory of cell phones and the accounts receivable of each store are not included in this sale. Approximately $2,000.00 worth of cell phone accessories to fit out each store is included with each store.

11.

This sale and assignment are theoretically free and clear of liens under 11 U.S.C. § 363(b) and (f). In practice, there are no liens requiring payment. The known liens which affect the Debtor-in-Possession, are irrespective of asset location, are the following:

a) A Restraint upon WELLS FARGO BANK Account No. -7860, placed on December 4, 2017 by VICEROY FUNDING. The Restraint was automatically stayed and ordered released by this Court, on December 12, 2017

b) A "blanket" UCC-1 financing statement filed in Austin, Texas by COMPLETE BUSINESS SOLUTIONS GROUP ("GBSG") on November 29, 2017. There was no GBSG UCC-1 filed in New Mexico or Colorado, where the eight stores are located.

c) There are no tax liens, state or federal, filed against the Debtor.

12.

The closing is to occur as soon as practicable after this Motion is approved. The sale proceeds—all $560,000.00 or such lesser amount by one-eighth for each store where the landlord will not cooperate in the lease assignment—are to be retained by the Debtor, except as follows:

a) The Debtor will immediately pay any state or local tax arising upon the sale of each store.

b) An estimated amount of property tax upon each lease, if required to be paid by the tenant according to the lease terms, shall be remitted to the landlord, pro-rated to date of closing. To the extent the Debtor has pre-paid property taxes beyond the closing date, the Buyer shall reimburse Debtor therefor at the closing or as soon thereafter as practicable.

c) An estimated amount of property tax upon the furniture, fixtures, and equipment included in each sale, pro-rated to closing date according to the total of such taxes on those items for the previous year.

d) A deposit of $12,500.00 to the trust account of the Debtor's attorney E.P. BUD KIRK, to defray his fees and expenses for handling and closing this Motion to Sell and Assign. Such deposit shall be in addition to the Debtor's budgeted periodic payments to Mr. KIRK, depicted in the cash collateral budget approved by the Court to date in this case.

WHEREFORE, PREMISES CONSIDERED, PREMIER PCS prays for approval of the proposed sale, as set out and elaborated in more detail above.

Respectfully submitted this 12th day of January, 2018.

/s/ _____
E.P. BUD KIRK
State Bar No. 11508650
600 Sunland Park Drive
Bldg. Four, Suite 400
El Paso, TX 79912
(915) 584-3773
(915) 581-3452 facsimile
budkirk@aol.com

Attorney for the Debtor

# CERTIFICATE OF SERVICE

I do hereby certify that on the ___ day of January, 2018, I did cause a copy of the foregoing Emergency Motion to Sell Eight Stores and Assign Related Leases to be mailed or delivered to Ung Tak Han, 1066 SW 326th St., Federal Way, WA 98023; to U.S. Trustee, P.O. Box 1539, San Antonio, TX 78205-1539; to Premier PCS of TX, LLC, 9537 Dyer Street, Ste. B, El Paso, TX 79924; to Metro PCS Texas, LLC and MetroPCS California, LLC, c/o Steve Stapleton at Cowles & Thompson, P.C., 901 Main Street, Ste. 3900, Dallas, TX 75202; to Viceroy Capital Funding, LLC, c/o Miranda & Maldonado, P.C., 5915 Silver Springs, Bldg. 7, El Paso, TX 79912; to City of El Paso, c/o Don Stecker, 711 Navarro Street, Ste. 300, San Antonio, TX 78205; to River Oaks Properties LTD, c/o Michael J. Shane, Gordon Davis Johnson & Shane P.C., P.O. Box 1322, El Paso, TX 79949-1322; to Ranchland Shopping Center, Ltd., c/o Clyde A. Pine, Jr., P.O. Drawer 1977, El Paso, TX 79950-1977; to Alpha West Investments, Inc., Attn: Michelle Tanner, mtanner@mccomercialrealestate.com; to Burgarello Plaza LLC, Attn: Eddy Burgarello, thesicillian777@comcast.net; to Farmington Crossing LLC, Attn: Karen Nolen, Karen@whiteoakdevelopment.net; to GRH Mesa LLC, Attn: Shayna Cox, scox@hcollc.com; to Montgomery Crossing & Wyoming Crossing, Attn: Linda Holcombe, linda@roncoinc.net; to MoonYoon LLC, Attn: Angela Cavalier, acavalier@cremnm.com; to Peters & Properties, Attn: Craig Yoshimoto, craig@petersonproperties.net; to Theo, LLC, Attn: Kristi Adamson, kristi@oldvine.net; and to all parties in interest as shown on the attached list.

/s/ _____
E.P. BUD KIRK

4691-VN-011118

Aberdeen Properties, LLC
P.O. Box 3135
Roswell, NM 88202

Alpha Comm
1500 Lake Pkwy.
Lawrenceville, GA 30043

Alpha West Investments, Inc.
c/o MC Commercial Real Estate LLC
1355 S Colorado Blvd., Ste. C-402
Denver, CO 80222

American Express
P.O. Box 981535
El Paso, TX 79998

Atmos Energy (Gas)
P.O. Box 790311
Saint Louis, MO 63179-0311

Bank of America
P.O. Box 15019
Wilmington, DE 19850

Blanca P. Tucker
10337 Biscaiue
El Paso, TX 79924

Burgarello Plaza LLC
2401 San Pedro NE
Albuquerque, NM 87110

CBSG/Par Funding
141 N 2nd Street
Philadelphia, PA 19106

City of Carlsbad (Water Co.)
P.O. Box 1569
Carlsbad, NM 88221-1569

City of Farmington (Electric)
101 N Browning Parkway
Farmington, NM 87401

City of Farmington (Water Co.)
800 Municipal Dr.
Farmington, NM 87401-2663

City of Hobbs (Water Co.)
200 East Broadway St.
Hobbs, NM 88240

City of Lovington (Water Co.)
P.O. Box 1268
Lovington, NM 88260

City of Lubbock (Electric)
1301 Broadway
Lubbock, TX 79401

City of Lubbock (Water Co.)
1301 Broadway
Lubbock, TX 79401

City of Portales (Water Co.)
100 W 1st
Portales, NM 88130

Clovis Holdings, LLC
P.O. Box 491817
Los Angeles, CA 90049

Complete Business Solutions Group, LLC
c/o Norman M. Valz & Associates, P.C.
205 Arch Street -2nd Floor
Philadelphia, PA 19106

Courtyard Plaza, LLC
5641 S Equestrian Pl
Hereford, AZ 85615

DBB Holdings, Inc.
P.O. Box 18087
Reno, NV 89511

DeLoera Realty
4300 College Ave.
Snyder, TX 79549

Doubletree Cell, Inc.
c/o Aaron Z. Tobin
8080 Park Lane, Ste. 700
Dallas, TX 75231

Edwin & Diana Garrett
1409 W Main Street
Artesia, NM 88210

El Paso Electric
P.O. Box 650801
Dallas, TX 75265-0801

El Paso Water Utilities
P.O. Box 511
El Paso, TX 79961

EPCOR Water
P.O. Box 80037
Prescott, AZ 86304-8037

Farmington Crossing LLC
5101 Wheelis Dr., Ste. 310
Memphis, TN 38117

FM Lubbock SK, LP
8350 N Central Expressway, Ste. 1750
Dallas, TX 75206

FOX Capital Group, Inc.
65 Broadway, Ste. 804
New York, NY 10005

Green Mountain Energy
P.O. Box 328
Houston, TX 77001-0328

GRH Mesa LLC
855 West Broad Street, Ste. 300
Boise, ID 83702

GTR Source LLC
40 Wall Street 28th Floor
New York, NY 10005

Hee Sung Kim a/k/a Donald Kim
c/o Aaron Z. Tobin
8080 Park Lane, Ste. 700
Dallas, TX 75231

HOP
21500 Biscayne Blvd. #600
Aventura, FL 33180

Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346

IRS Insolvency Office
300 E. 8th Street, Mail Stop 5026AUS
Austin, TX 78701

James A Dick, LP
200 Bartlett Drive, Ste. 105
El Paso, TX 79912

JC & GD Investment Co.
P.O. Box 1355
El Paso, TX 79948

Kabbage
730 Peachtree Street NW, Ste. 1100
Atlanta, GA 30308

Las Palmas RioCan LP
P.O. Box 202987
Dallas, TX 75320-2987

Lea County Electric
P.O. Box 1447
Lovington, NM 88260

LPEA
P.O. Box 2750
Durango, CO 81302-2750

MetroPCS
2250 Lakeside Dr.
Richardson, TX 75082

MetroPCS Texas, LLC
12920 SE 38th Street
Bellevue, WA 98006

MGR Properties LLC
P.O. Box 586
Hobbs, NM 88241-0586

MIMCO
6500 Montana Ave.
El Paso, TX 79925

Montgomery Crossing & Wyoming Crossing
c/o Ronco Investments, Inc.
8950 W Olympic Blvd., Ste. 372
Beverly Hills, CA 90211

MoonYoon LLC
P.O. Box 845490
Los Angeles, CA 90087

Mr. A.P. Gentry
P.O. Box 1947
Boerne, TX 78006

Nexgen
2221 NE 164th Street, Ste. 1144
North Miami Beach, FL 33160

NM Gas
1107 Rio Rancho Blvd. SE
Rio Rancho, NM 87124

Opal Sky Capital LLC
6306 Lola Ave., Ste. 200
Lubbock, TX 79424

Ortequi Enterprises Ltd.
3517 Frutas Ave.
El Paso, TX 79905

Peters & Properties
2325 San Pedro NE, Ste. 2A
Albuquerque, NM 87110

Peterson Properties&Associates(Electric)
2325 San Pedro NM, Ste. 2-A
Albuquerque, NM 87110

PNM Electric
P.O. Box 27900
Albuquerque, NM 87125-7900

Promenade-River Oaks, LLC
106 Mesa Park Drive
El Paso, TX 79912

Pyro Limited Partnership
c/o Pyle Properties
212 Old Grande Blvd. C-100
Tyler, TX 75703

Ranchland Shopping Center
P.O. Box 13327
El Paso, TX 79913

RDC, LLC
4480 Lonesome Pine
Las Cruces, NM 88007

Red Rock Enterprises
508 N Main Street
Clovis, NM 88101

Richard Ahn
1213 Wind Ridge Dr.
El Paso, TX 79912

River Oaks Properties, LTD
106 Mesa Park Drive
El Paso, TX 79912

River Oaks Properties, LTD
P.O. Box 671730
Dallas, TX 75267-1730

S-SI Carlsbad LP
5850 Granite Parkway, Ste. 150
Plano, TX 75024

SB Retail Group Carlsbad LLC
11701 Bee Caves Rd, Ste. 262
Austin, TX 78733

T-Mobile USA, Inc.
12920 SE 38th Street
Bellevue, WA 98006

Texas Gas Service
P.O. Box 219913
Kansas City, MO 64121-9913

Theo, LLC
1459 S Pearl Street
Denver, CO 80210

Tomorrow IX Broadmorr LP
330 Garfield Street
Santa Fe, NM 87501

United States Attorney

Civil Process Clerk-Internal Revenue Service
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216

United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Vernon Capital Group
383 Kingston Ave.
New York, NY 11213

Viceroy
40 Wall Street 28th Floor
New York, NY 10005

Water Utility Authority
P.O. Box 1313
Albuquerque, NM 87103

XCEL Energy
P.O. Box 8
Eau Claire, WI 54702-0008

Yellowstone
1 Evertrust Plaza 14th Floor
Jersey City, NJ 07302

Zia Gas
3700 W Picacho Ave.
Las Cruces, NM 88007

Zia Sky Capital, LLC
P.O. Box 53608
Lubbock, TX 79453



## PREMIER PCS OF TX LLC dba Skytalk / Store List & Landlord, Rent Roll ABQ & CO Markets as of 2-01-2018

| | Store | Address | Suite | City | ZIP | Phone | Fax | Area | Division |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 201 | 1360 Rio Rancho Blvd SE | | Rio Rancho | 87124 | 505-891-3867 | 505-891-3693 | 1080 | NM |
| 2 | 202 | 4410 Wyoming Blvd NE | H | Albuquerque | 87111 | 505-299-0171 | 505-299-0494 | 1050 | NM |
| 3 | 204 | 2003 Southern Blvd | 104 | Rio Rancho | 87124 | 505-896-9409 | 505-896-9398 | 1100 | NM |
| 4 | 205 | 5604 Menaul Blvd NE | | Albuquerque | 87110 | 505-888-7962 | 505-888-7059 | 1100 | NM |
| 5 | 206 | 5150 E Main Street | 111 | Farmington | 87402 | 505-326-5421 | 505-326-2197 | 1000 | NM |
| 6 | 212 | 1245 W Apache Street | 105 | Farmington | 87401 | 505-326-2809 | 505-326-2716 | 3000 | NM |
| 7 | 213 | 3000 E 20th Street | D | Farmington | 87401 | 505-325-4012 | | 3000 | NM |
| 8 | 701 | 1145 South Camino Del Rio | 120 | Durango | 81301 | 970-259-4239 | 970-259-4126 | 1400 | CO |

| | Store # | Payable to | Amount | Mailing Address | Property Manager | Phone Number |
|---|---|---|---|---|---|---|
| 1 | 201 | GRH Mesa LLC | $2,009.69 | 855 West Broad Street Ste 300 Boise ID 83702 | Shayna Cox | 208-908-5584 |
| 2 | 202 | Montgomery Crossing & Wyoming Crossing LLC | $2,000.00 | Ronco Investments, Inc 8950 W Olympic Blvd Suite 372 Beverly Hills, CA 90211 | Linda Holcombe | 310-271-2019 |
| 3 | 204 | Theo LLC | $2,209.50 | 1459 S Pearl Street Denver CO 80210 | Kristi Adamson | 303-777-2500 E106 |
| 4 | 205 | Burgarello Plaza LLC | $1,600.00 | 2401 San Pedro NE Albuquerque NM 87110 | Eddy Burgarello | 505-379-5348 |
| 5 | 206 | MoonYoon LLC | $2,263.50 | PO BOX 845490 Los Angeles CA 90087-5490 | Angela Cavalier | 505-798-2600 E205 |
| 6 | 212 | Farmington Crossing llc | $2,683.33 | 5101 Wheelis Dr. ste 310 Memphis Tennessee 38117 | Karen Nolen | 901-300-3420 |
| 7 | 213 | Peters & Properties | $2,000.00 | 2325 San Pedro NE ste 2A Albuquerque NM 87110 | Craig Yoshimoto | 505-326-1770 |
| 8 | 701 | Alpha West Investments Inc | $3,793.20 | 1355 S Colorado Blvd Suite C-402 Denver CO 80222 | Michelle Tanner | 303-758-3336 |
| | | Total | $18,559.22 | | | |

201: Shayna Cox: scox@hcollc.com/ 202: Linda Holcombe: linda@roncoinc.net/701:Michelle Tanner:mtanner@mccomercialrealestate.com
205: Eddy Burgarello: thesicilian777@comcast.net/206: Angela Cavalier:acavalier@cremnm.com/204: Kristi Adamson: kristi@oldvine.net
212:Karen Nolen:karen@whiteoakdevelopment.net/213: Craig Yoshimoto:craig@petersonproperties.net

# EXHIBIT "B"

# LETTER OF INTENT FOR BUSINESS ACQUISITION

1/2/2018

This letter of intent is a mutual agreement between Buyer and Seller for the purchase of the 8 locations below described in the amount of $560,000.00 (Five Hundred Sixty Thousand Dollars).

This amount includes all lease security deposits, all furniture and computers, Showcases, all signages for metroPCS, Copier, Printer.

Buyer has to assume the current Merchant Service Agreement until 12-31-2018, and the lease and service agreement for ADT until lease expiration.

This agreement excludes all metroPCS phones and Accessories.

Location(s):

|   | Store # | Address | Suite | City | ZIP |
|---|---------|---------|-------|------|-----|
| 1 | 201 | 1360 Rio Rancho Blvd SE |  | Rio Rancho | 87124 |
| 2 | 202 | 4410 Wyoming Blvd NE | H | Albuquerque | 87111 |
| 3 | 204 | 2003 Southern Blvd | 104 | Rio Rancho | 87124 |
| 4 | 205 | 5604 Menaul Blvd NE |  | Albuquerque | 87110 |
| 5 | 206 | 5150 E Main Street | 111 | Farmington | 87402 |
| 6 | 212 | 1245 W Apache Street | 105 | Farmington | 87401 |
| 7 | 213 | 3000 E 20th Street | D | Farmington | 87401 |
| 8 | 701 | 1145 South Camino Del Rio | 120 | Durango | 81301 |

Seller, PREMIER PCS OF TX, LLC is currently under Bankruptcy Chapter 11 (Case#: 17-32021), and this agreement is conditioned upon approval of Bankruptcy Court and metroPCS.

The final closing shall be on or before 1-31-2018.

_____        1-2-2018
Seller: PREMIER PCS OF TX, LLC / Richard Ahn, a Member        Date

_____        1-2-2018
Buyer: Ung Tak Han, it's successor and/or assignee        Date